UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-100 |
| | ) | (Varlan / Guyton) |
| JOHN SHANE BAILEY, | ) | |
| MEGAN ANNISA GADDIS, | ) | |
| RANDALL TODD SMITH, and | ) | |
| JENIFER MICHELLE WRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on March 19, 2008, for a motions hearing. On March 18, 2008, Defendant John Bailey filed a Motion to Withdraw Documents [Doc. 66]; and, upon appearance in court, counsel for Defendant Megan Gaddis made an oral motion to withdraw all her pending pretrial motions. Bailey and Gaddis state that the parties anticipate a resolution of the case without litigation of the pending motions.

The Court finds good cause has been shown for withdrawal of the motions and the oral motion along with the Motion to Withdraw Documents **[Doc. 66]** are **GRANTED**; and all pending pretrial motions are denied as moot, without prejudice.

Accordingly, it is Ordered:

      1. Motion to Sever Defendants/Counts **[Doc. 39]** is **DENIED**
      as moot.

1

2. Motion for Notice of the Government's Intention to Use Evidence **[Doc. 40]** is **DENIED** as moot.

3. Motion for Disclosure of Impeaching Information **[Doc. 41]** is **DENIED** as moot.

4. Motion to Adopt **[Doc. 42]** is **DENIED** as moot.

5. Motion to Require the Government to Reveal Any Agreements With or Concessions to Witnesses That May Influence Their Testimony for Disclosure **[Doc. 44]** is **DENIED** as moot.

6. Motion for Pretrial Production of Witness Statements **[Doc. 45]** is **DENIED** as moot.

7. Request for Pretrial Disclosure of 404(B) Evidence **[Doc. 46]** is **DENIED** as moot.

8. Motion for Disclosure of Material Witnesses **[Doc. 47]** is **DENIED** as moot.

9. Motion to Suppress Statements **[Doc. 48]** is **DENIED** as moot.

10. Motion to Suppress Evidence Obtained From the Search of a 2000 Chrysler 300M **[Doc. 49]** is **DENIED** as moot.

11. Motion to Suppress **[Doc. 50]** is **DENIED** as moot.

12. Motion to Adopt **[Doc. 51]** is **DENIED** as moot.

13. Motion for Disclosure of 404(B) Information **[Doc. 52]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　
United States Magistrate Judge